**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Donald J. Trump for President, Inc.; Republican National Committee; Nevada Republican Party<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Barbara Cegavske, in her official capacity as Nevada Secretary of State<br><br>　　　　Defendant(s). | Case #2:20-cv-1445-JCM-VCF<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　　　Tyler R. Green　　　　　, Petitioner, respectfully represents to the Court:
　　　　　　(name of petitioner)

1.　That Petitioner is an attorney at law and a member of the law firm of

　　　　　　　　　　　Consovoy McCarthy PLLC
　　　　　　　　　　　　(firm name)

with offices at 　　　1600 Wilson Blvd., Ste. 700　　　,
　　　　　　　　　　　(street address)

　　　Arlington　　　, 　　　Virginia　　　, 　22209　,
　　　(city)　　　　　　　　(state)　　　　　(zip code)

　　703-243-9423　　, 　tyler@consovoymccarthy.com　.
(area code + telephone number)　　(Email address)

2.　That Petitioner has been retained personally or as a member of the law firm by

　　　　　Plaintiffs　　　　　 to provide legal representation in connection with
　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 12, 2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USCA-10 | 11/04/2006 | |
| D.C. | 07/11/2008 | 982312 |
| USCA-DC | 02/17/2009 | |
| U.S. Supreme Court | 05/2010 | |
| USDC-DC | 03/02/2015 | |
| USDC-Utah | 08/13/2015 | |
| USCA-11 | 09/05/2018 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> none

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
>
> none

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Utah        )
COUNTY OF  Davis      )

Tyler Green  , Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

7th  day of  August  , 2020  .

_Jordanne Walker Kirk_
Notary Public or Clerk of Court

NOTARY PUBLIC
JORDANNE WALKER KIRK
COMM. # 712421
MY COMMISSION EXPIRES
JULY 19, 2024
STATE OF UTAH

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___J. Colby Williams___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

700 South 7th Street
(street address)

Las Vegas , Nevada , 89101
(city)      (state)     (zip code)

702-382-5222 , jcw@cwlawlv.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____J. Colby Williams_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Matthew Morgan, General Counsel, Trump for President
(type or print party name, title)

_____
(party's signature)

J. Justin Riemer, Chief Counsel, Republican Nat'l Comm.
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5549                jcw@cwlawlv.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 8/7/2020

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Tyler R Green

This is to certify that Tyler R Green, Utah State Bar No. 10660 was admitted to practice law in Utah on 10/12/2005.

Tyler R Green is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar

No.2020-876756
verify by email at cogsrequest@utahbar.org



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Tyler R Green*

was duly qualified and admitted on July 11, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 19, 2020.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.