CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ, (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

CONSOVOY MCCARTHY PLLC
WILLIAM S. CONSOVOY, ESQ.**
Virginia Bar No. 47704
will@consovoymccarthy.com
THOMAS R. MCCARTHY, ESQ.*
Virginia Bar No. 47145
tom@consovoymccarthy.com
TYLER R. GREEN, ESQ.*
Utah Bar No. 10660
tyler@consovoymccarthy.com
CAMERON T. NORRIS, ESQ.**
Virginia Bar No. 91624
cam@consovoymccarthy.com
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*
*\*\* Pro hac vice pending*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; REPUBLICAN NATIONAL COMMITTEE; and NEVADA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State,<br><br>Defendant. | Case No. 2:20-cv-01445-JCM-VCF<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE AS DEFENDANTS (ECF NO. 9)** |

1

Plaintiffs Donald J. Trump for President, Inc., the Republican National Committee, and the Nevada Republican Party, through their undersigned counsel, hereby provide notice of their non-opposition to the Motion to Intervene as Defendants filed on August 7, 2020 by DNC Services Corporation/Democratic National Committee, DCCC, and Nevada State Democratic Party (ECF No. 9).

Dated: August 20, 2020

Respectfully submitted,

*/s/ J. Colby Williams*
CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
J. COLBY WILLIAMS, ESQ. (5549)
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
djc@cwlawlv.com
jcw@cwlawlv.com

CONSOVOY MCCARTHY PLLC
WILLIAM S. CONSOVOY, ESQ.**
Virginia Bar No. 47704
THOMAS R. MCCARTHY, ESQ.*
Virginia Bar No. 47145
TYLER R. GREEN, ESQ.*
Utah Bar No. 10660
CAMERON T. NORRIS, ESQ.**
Virginia Bar No. 91624
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
will@consovoymccarthy.com
tom@consovoymccarthy.com
tyler@consovoymccarthy.com
cam@consovoymccarthy.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice
** Pro hac vice pending

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2020 a true and correct copy of the foregoing Notice of Non-Opposition to Motion to Intervene as Defendants (ECF No. 9) was served via the United States District Court's CM/ECF system on all parties or persons requiring such notice.

By: /s/ *J. Colby Williams*
An employee of Campbell & Williams