# DECLARATION OF TYLER R. GREEN

CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ, (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

CONSOVOY MCCARTHY PLLC
WILLIAM S. CONSOVOY, ESQ.*
Virginia Bar No. 47704
will@consovoymccarthy.com
THOMAS R. MCCARTHY, ESQ.*
Virginia Bar No. 47145
tom@consovoymccarthy.com
TYLER R. GREEN, ESQ.*
Utah Bar No. 10660
tyler@consovoymccarthy.com
CAMERON T. NORRIS, ESQ.*
Virginia Bar No. 91624
cam@consovoymccarthy.com
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
Telephone: (703) 243-9423
*Attorneys for Plaintiffs*
**Admitted pro hac vice*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; REPUBLICAN NATIONAL COMMITTEE; AND NEVADA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State,<br><br>Defendant,<br><br>and | No. 2:20-cv-01445-JCM-VCF<br><br>**DECLARATION OF TYLER R. GREEN** |

1

| | |
|---|---|
| 1 | DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE, DCCC, and NEVADA STATE DEMOCRATIC PARTY, |
| 2 | |
| 3 | |
| 4 | Intervenor-Defendants. |

I, Tyler R. Green, do hereby declare, under penalty of perjury of the laws of the State of Nevada, the following:

1. I am over eighteen years of age. I have personal knowledge of the facts set forth herein. I am an attorney with the law firm of Consovoy McCarthy PLLC. I am admitted to practice law in Utah and admitted *pro hac vice* as one of the lawyers representing the Plaintiffs in the above-captioned case. I submit this declaration to provide the Court with true and correct copies of certain documents submitted with Plaintiffs' Motion for Partial Summary Judgment.

2. Exhibit 1 is a true and correct copy of Office of Nev. Sec'y of State Ross Miller, 2012 General Election Turnout, Final Results, available at https://bit.ly/2YCIZ40 (accessed Sept. 4, 2020).

3. Exhibit 2 is a true and correct copy of Office of Nev. Sec'y of State Ross Miller, 2014 General Election Turnout (Dec. 11, 2014), available at https://bit.ly/3jnG87f (accessed Sept. 4, 2020).

4. Exhibit 3 is a true and correct copy of Office of Nev. Sec'y of State Barbara K. Cegavske, 2016 General Election Turnout (Feb. 10, 2017), available at https://bit.ly/3a0U9nS (accessed Sept. 4, 2020).

5. Exhibit 4 is a true and correct copy of Office of Nev. Sec'y of State Barbara K. Cegavske, 2018 General Election Turnout (Nov. 20, 2018), available at https://bit.ly/31kS81E (accessed Sept. 4, 2020).

6. Exhibit 5 is a true and correct copy of Assembly Bill 4, Nev. Legis., 32nd Spec. Sess. (2020), available at https://bit.ly/2Qyk6SA (accessed Sept. 4, 2020).

7. Exhibit 6 is a true and correct copy of Nev. Exec. Dep't, Declaration of Emergency

Directive 009 (Revised) (Mar. 12, 2020), available at https://bit.ly/3fSD28W (accessed Sept. 4, 2020).

8. Exhibit 7 is a true and correct copy of U.S. Postal Serv., §1-1.3 Postmarks, available at https://bit.ly/3kftt7l (accessed Sept. 4, 2020).

9. Exhibit 8 is a true and correct copy of Office of Inspector Gen., U.S. Postal Serv., *Management Alert: Timeliness of Ballot Mail in the Milwaukee Processing & Distribution Center Service Area*, Report No. 20-235-R20, 3 (July 7, 2020), available at https://bit.ly/2YbjBT0 (accessed Sept. 4, 2020).

10. Exhibit 9 is a true and correct copy of *An Autopsy of New York's Mail-Vote Mess*, Wall St. J. (Aug. 7, 2020), available at https://on.wsj.com/3kT7d3y (accessed Sept. 4, 2020).

11. Exhibit 10 is a true and correct copy of Ltr. From Thomas J. Marshall, Gen. Counsel, U.S. Postal Serv., *Re: Election Mail*, 1 (May 29, 2020), available at https://bit.ly/2QvyBqw (accessed Sept. 4, 2020).

12. Exhibit 11 is a true and correct copy of the Declaration of Jesse R. Law.

13. Exhibit 12 is a true and correct copy of U.S. Postal Serv., *FAQs: What are the Types of First-Class Mail?*, Article No. 000003138 (Jan. 26, 2020), available at https://bit.ly/2EyfERB (accessed Sept. 4, 2020).

14. Exhibit 13 is a true and correct copy of Rory Appleton, *More than 223k mailed ballots returned undeliverable in primary*, Las Vegas Rev.-J. (Aug. 14, 2020), available at https://bit.ly/3kWeEXB (accessed Sept. 4, 2020).

15. Exhibit 14 is a true and correct copy of an email from Joseph P. Gloria, Clark County Registrar of Voters, to Jeremy Hughes (Aug. 10, 2020).

16. Exhibit 15 is a true and correct copy of Rory Appleton, *Primary Underway, But Argument Over Mail-In Election Continues*, Las Vegas Rev.-J. (May 19, 2020), available at https://bit.ly/2z3DHVV (accessed Sept. 4, 2020).

# # # # #

17. Exhibit 16 is a true and correct copy of David B. Rivkin Jr. & Lee A. Casey, *Mail-In Voting Could Deliver Chaos*, Wall St. J. (Aug. 25, 2020), available at htttps://on.wsj.com/3jLMbT7 (accessed Sept. 4, 2020).

DATED THIS 4th DAY OF SEPTEMBER, 2020.

_____
Tyler R. Green