# EXHIBIT 11

- Declaration of Jesse R. Law -

```
 1  CAMPBELL & WILLIAMS
    DONALD J. CAMPBELL, ESQ, (1216)
 2  djc@cwlawlv.com
    J. COLBY WILLIAMS, ESQ. (5549)
 3  jcw@cwlawlv.com
 4  700 South 7th Street
    Las Vegas, Nevada 89101
 5  Telephone: (702) 382-5222
    Facsimile: (702) 382-0540
 6
 7  CONSOVOY MCCARTHY PLLC
    WILLIAM S. CONSOVOY, ESQ.*
 8  Virginia Bar No. 47704
    will@consovoymccarthy.com
 9  THOMAS R. MCCARTHY, ESQ.*
    Virginia Bar No. 47145
10  tom@consovoymccarthy.com
11  TYLER R. GREEN, ESQ.*
    Utah Bar No. 10660
12  tyler@consovoymccarthy.com
    CAMERON T. NORRIS, ESQ.*
13  Virginia Bar No. 91624
    cam@consovoymccarthy.com
14  1600 Wilson Boulevard, Suite 700
15  Arlington, Virginia 22209
    Telephone: (703) 243-9423
16  Attorneys for Plaintiffs
    *Admitted pro hac vice
17
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; REPUBLICAN NATIONAL COMMITTEE; AND NEVADA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA CEGAVSKE, in her official capacity as Nevada Secretary of State,<br><br>Defendant,<br><br>and | No. 2:20-cv-01445-JCM-VCF<br><br>**DECLARATION OF JESSE R. LAW** |

1

**97**

DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE, DCCC, and NEVADA STATE DEMOCRATIC PARTY,

           Intervenor-Defendants.

I, Jesse R. Law, do hereby declare, under penalty of perjury of the laws of the State of Nevada, the following:

1. I am the Nevada Director of Election Day operations for Donald J. Trump for President, Inc., a position I have held since April 1, 2020. I am a resident of Clark County, Nevada. I have personal knowledge of the matters set forth below, and if called upon to testify in the above-captioned matter, I would testify as follows.

2. To determine delivery time for First-Class mail sent through the United States Postal Service from Clark County, Nevada to another address in Clark County, Nevada, in mid-August 2020 I mailed ten letters from five different Clark County Post Office locations to two different addresses in Clark County. Specifically, I mailed five of those ten letters to the Las Vegas headquarters of the Nevada Republican Party, located at 2810 W. Charleston Blvd. #69, Las Vegas, NV 89102. I mailed the other five letters to my home address in Clark County.

3. Nine of those ten letters were delivered the next day after I mailed them. The tenth letter was delivered 12 days after I mailed it.

4. The specific mailing dates and locations for each letter are as follows:

5. On Wednesday, August 12, 2020, I mailed via First-Class mail one letter to my home address, and one letter to the Nevada GOP headquarters in Las Vegas, from each of the following three United States Post Office locations:

    a. 1001 E. Sunset Road, Las Vegas, NV 89199

    b. 4705 S. Durango Drive, Las Vegas, NV 89147

    c. 1801 N. Martin Luther King Jr. Blvd., Las Vegas, NV 89102

6. To enable me to track which letters originated from which Post Office, I added a unique capital letter to the return address on each letter. On the letters mailed from the Sunset Road

Post Office, I added the letter "A" to the return address on the letter mailed to my home, and the letter "D" to the return address on the letter mailed to GOP Headquarters. On the letters mailed from the Durango Drive Post Office, I added the letter "B" to the return address on the letter mailed to my home, and the letter "E" to the return address on the letter mailed to GOP Headquarters. On the letters mailed from the Martin Luther King Jr. Boulevard Post Office, I added the letter "C" to the return address on the letter mailed to my home, and the letter "F" to the return address on the letter mailed to GOP Headquarters.

7. Five of those six letters I mailed on Wednesday, August 12 were delivered the next day, or on Thursday, August 13, 2020. All three of the letters I mailed to my home address were delivered on Thursday, August 13. Two of the three letters I mailed to the Nevada GOP headquarters were also delivered on Thursday, August 13. Specifically, the letters I mailed from 4705 S. Durango Drive and 1801 N. Martin Luther King, Jr. Boulevard were delivered to the Nevada GOP headquarters on Thursday, August 13. The letter I mailed to the Nevada GOP headquarters from the Sunset Road Post Office did not arrive until Monday, August 24.

8. On Thursday, August 13, 2020, I mailed via First-Class mail one letter to my home address, and one letter the Nevada GOP headquarters in Las Vegas, from each of the following two United States Post Office locations:

    a. 3115 E. Olive Street, Las Vegas, NV 89104

    b. 1801 S. Decatur Blvd., Las Vegas, NV 89102

9. To enable me to track which letters originated from which Post Office, I used the same system of adding a unique capital letter to the return address on each letter. On the letters mailed from the Olive Street Post Office, I added the letter "G" to the return address on the letter mailed to my home, and the letter "I" to the return address on the letter mailed to GOP Headquarters. On the letters mailed from the Decatur Boulevard Post Office, I added the letter "H" to the return address on the letter mailed to my home, and the letter "J" to the return address on the letter mailed to GOP Headquarters.

# # # # #

10. All four of the letters I mailed on Thursday, August 13 were delivered the next day, or on Friday, August 14, 2020.

DATED THIS 4 DAY OF SEPTEMBER, 2020.

_____
JESSE R. LAW