# EXHIBIT 14

- Email from Joseph P. Gloria,
Clark County Registrar of Voters, to Jeremy Hughes
(August 10, 2020) -

Friday, September 4, 2020 at 11:19:14 Pacific Daylight Time

**Subject:** [External]RE: Explanation on VR
**Date:** Monday, August 10, 2020 at 12:54:17 PM Pacific Daylight Time
**From:** Joseph Gloria (Election)
**To:** Jeremy Hughes - Political

Jeremy,
Our NVRA notices went out too late to inactivate these votes outside of the 90 requirement mandated by NRS. We were forced to put these voters back on the rolls, it was our mistake. This file will be looked at after the general election, those who vote will be removed from the listing and the remainder will be inactivated after the election.

**Joe P. Gloria, MPA, CERA**
**Registrar of Voters**
Clark County Election Department
965 Trade Dr.
North Las Vegas, NV 89030
jpg@clarkcountynv.gov
702.455.2944 (Office)
702.455.2793 (Fax)

**From:** Jeremy Hughes - Political <JHughes@gop.com>
**Sent:** Friday, August 7, 2020 6:57 AM
**To:** Joseph Gloria (Election) <JPG@ClarkCountyNV.gov>
**Subject:** Explanation on VR

Hey,

Can you please provide an explanation as to why the numbers have reverted back to the numbers from two days ago before you removed those active voters who's ballots bounced back in the primary?

Thanks,
Jeremy

---
Jeremy Hughes
Regional Political Director
Trump Victory
606-748-2309

114
Page 1 of 1