AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Donald J. Trump for President, Inc., et al.

                Plaintiff,

v.

Barbara Cegavske,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01445-JCM-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant and against Plaintiffs.

 

9/21/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk